# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE

ELLA L. FILLA
~~Jasmin Rahman~~

*Plaintiff*

*v.*

John g. FiLLA
JUDGE CHARLES H.W. BURCH
Scott Snider, PC
Kiesha Morris
Lucas Fanning
Ed Fanning
Rachel Schmidt
Calhoun County Sheriff's office
Tricia Margherio

*Defendant(s)*

Case Number: 26-CV-1172-NJR
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

## I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

## II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 1669 GOLDEN EAGLE RD, GOLDEN EAGLE, IL 62036, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant JOHN G. FILLA - ~~JUDGE CHARLES H.W. BURCH~~ is employed as
(a) (Name of First Defendant)

JOHN - RETIRED - ~~JUDGE CHARLES H.W. BURCH~~
(b) (Position/Title)

with ~~Judge Charles H.W. Burch Judge of Calhoun County IL Hardin IL~~
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☑ No

If your answer is YES, briefly explain:

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant Judge Charles H.W. Burch is employed as
(Name of Second Defendant)

Calhoun County IL Judge
(Position/Title)

with State of IL
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain: He is the Judge in Calhoun County, IL.

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #3:**

D. Defendant Scott Snider, PC is employed as
(Name of Third Defendant)

Attorney
(Position/Title)

with Mormino & Snider, P.C.
(Employer's Name and Address)
3517 College Avenue Alton, IL 62002

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☑ No

If you answer is YES, briefly explain:

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

Sheriffs Department doesn't follow the law for years.

Tricia Margherio is court clerk not following the law.

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Rachel Schmitt w/ Cordell + Cordell my current lawyer not following the law & lied about my case.

Kiesha Morris - Attorney - Previous States Attorney for Calhoun County. She knew the law & still charged me money when my daughter is legally disabled for life. She Also didn't report the States Attorney to the Bar. She knew my son was attacked - spent weeks in hospital & had surgery & lost a testicle. And STILL charged me thousands of dollars



Lucas Fanning - Corrupt States Attorney who refuses to follow constitution for years.
Ed Fanning - Lawyer in my disabled daughters case. Refused help unless paid.

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☐ Yes ☑ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2. Case number:

3. Name of Judge to whom case was assigned:

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Please see attached documents

## V. REQUEST FOR RELIEF *(check as many boxes as appropriate)*

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 2.5 million.

Punitive damages in the amount of $ 2.5 million.

An ordering requiring defendant(s) to: Judge Burch recuse himself from my divorce case & drop the illegal admin. order on my son. And Never preside over anything with my family ever again.

A declaration that: Public Statement in local paper acknowledging they didn't comply with the law when it comes to disabled people & victims of crimes!

Other: And I want the deed & title to my property Back & my Firearms!

## VI. JURY DEMAND *(check one box below)*

Plaintiff ☐ does or ☑ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 9-8-26
(date)

Ella L. Filla
Signature of Plaintiff

1669 GOLDEN Eagle Rd
Street Address

ELLA L. FILLA
Printed Name

GOLDEN Eagle, IL 62036
City, State, Zip

Honorable Kent A. Delgado
*Chair*
Ruby M. Smith
*Vice Chair*
Megan Applegate
Devon C. Bruce
Ashley M. Evans
Charles W. Gunnarson
Jonathan S. Quinn
Honorable Amy Sholar

**STATE OF ILLINOIS**
**JUDICIAL INQUIRY BOARD**

Michael Deno
*Executive Director &*
*General Counsel*

555 W. Monroe Street
Suite 800-N
Chicago, IL 60661
PHONE (312) 814-5554
(800) 227-9429

TTY (866) 451-5724

FAX (312) 814-5719

# REQUEST FOR INVESTIGATION OF A JUDGE FORM

**(Please type or print all information and return complaint to the above address.)**

**Kindly be aware that the Judicial Inquiry Board:**
•DOES NOT PROVIDE - legal counsel, advice, services, or referrals
•CANNOT - file motions/petitions on your behalf; change the judge's ruling, decision, or judgment; remove/replace the judge hearing your court case; have your case moved to another place/county; act as your attorney; intervene in your case; remove/change your attorney; and
•HAS NO AUTHORITY TO INVESTIGATE ALLEGATIONS OF MISCONDUCT AGAINST – retired Illinois state court judges, attorneys, court personnel, police officers, federal judges, administrative law judges, or arbitrators.

**You should also note that:**
•If you have a court case that is now being heard by a judge, you should continue to take whatever action is available to you within the court system to correct any judicial errors you believe were committed in your case. **Your Request for Investigation of a judge is separate from your court case.**
•Filing a complaint with the Judicial Inquiry Board is not a substitute for appeal and has no effect on your legal or appellate rights. If you want or intend to appeal from a judge's order, you must pursue your appellate rights through the judicial system.

Your Name: Justin Tyler Pohlman

Address: 16669 Golden Eagle Road

City: Golden Eagle State: IL Zip: 62036

Daytime telephone:( ) 314-484-1967 - Cell

Evening telephone:( ) 314-484-1967 - Cell

**Note: You must provide the Board with any change of address information to receive correspondence after you have submitted your request for investigation form.**

**How did you hear about the Judicial Inquiry Board?**

☐ Notice Posted in the Courthouse ☐ Illinois Attorney Registration and Disciplinary Commission
☑ Another State Agency ☐ News Media ☐ Attorney ☐ Family/Friend
☐ Internet ☐ Other Attorney Generals Office in Springfield told me to contact you ASAP, on Aug. 3.

**I have information of possible judicial misconduct or disability on the part of the following Illinois judge:**

First and Last Name of Judge: Judge Charles Burch

City and County: Hardin, IL Calhoun County

Court Level: ☐ Supreme Court ☐ Appellate Court ☑ Circuit Court

**STATEMENT OF FACTS**

1. When and where did this happen?

Date(s): August 3, 2026 July 31, 2026 Time: @ 1:40 pm, @ 9:30 am

Location: Calhoun County Courthouse, Hardin IL

2. If your information arises out of a court case, please answer these questions:

(a) What is the name and number of the case?

Case Name: I filed 3 court motions on July 31. 1) waiving of civil fees 2) Change of Judge 3) Writ of Mandamus

Case Number: Court clerk refused to file them + Judge screamed @ me over the phone on Aug. 3. saying he was dismissing all of it, when he shouldn't be able to rule on it - with the proof I provided...

(b) What kind of case is it? (Please check one below)

☐ Criminal ☐ Chancery
☐ Domestic Relations ☐ Small Claims
☐ Law ☐ Traffic
☐ Municipal ☐ Juvenile
☐ Probate ☑ Other (specify): please see above

(c) What is your relationship to the case? (Please check one below)

☑ Plaintiff/Petitioner ☐ Defendant/Respondent

☐ Attorney for:

☑ Witness for: Self, Ella Filla - mother & Sarah Filla - Sister

☐ Other (specify):

(d) If you were represented by an attorney in this matter at the time of the conduct of the Judge, please identify the attorney:

Name: Not at the moment, but one will sign

Address: on to this after AG office approves civil

Telephone Number:( ) Rights violations.

(e) Identify any other attorney(s) who represented you or any person involved in the case:

Name of Attorney: I will type out all of this

Address of Attorney: information for you, and label

Telephone Number:( ) the page accordingly - due to

Attorney Represented: multiple lawyers being in different cases.

3. Identify, if you can, any other witnesses to the conduct about which you complain:

Name: Ella Filla

Address: 11669 Golden Eagle Rd. Golden Eagle, IL 62036

Telephone Number:( ) 217-730-8058 - cell phone

**4. Only list and send a copy of those court documents which support your claim that the judge has engaged in judicial misconduct or has a disability. Kindly indicate the specific information contained in your documents that relates to and supports your claim. You should keep a copy of all your submitted documents as we cannot return any documents to you.**

1) Letter I recieved 8-10-26 saying all my claims are dismissed + barring me from future court access without prior approval. 2.) Letter to Judicial Inquiry Board. 3.) Letter sent to AG office 4.) Motions to show cause in 25DC-5 + court orders for that case not being upheld

5. In the space below, specifically describe the factual details concerning your claim that the judge engaged in judicial misconduct or has a disability. Please type or print legibly. If additional space is required, attach and number pages.

I typed all of this out - to make it easier for everyone. I'm so sorry for all of this. I wish this wasn't my life. Thank you all for your time + consideration in what I'm bringing to you. I am also

very sorry for the massive amount of information. I have Complex Post Traumatic Stress Disorder & I can tend to become very discriptive when explaining my trauma. I'm sorry that some of the information I'm providing may not fall under every checked box persay to the Judicial Board. I cannot stress enough I'm not trying to waste anyone's time. About a month ago I was rushed to the ER again, because my dead testicle is now infecting the good one & It's making me sick. And I was given a referal for another surgery to remove the dead testicle; but they are demanding payment to even schedule the operation. That's why I filed the writ of Mandamus. And it's beyond disturbing for my local government to brand a victim - as a criminal. At this point, I beg a higher Power to step in & uphold the IL Constitution & the federal one as well. Thank you, & again Im sorry.

Your Signature: Justin Pohlman Justin Pohlman

Date: August 10, 2026

August 10, 2026

Justin Tyler Pohlman

1669 Golden Eagle Road

Golden Eagle, IL 62036

314-484-1967

Justin.pohlman87@outlook.com

State of Illinois

Judicial Inquiry Board

555 West Monroe Street

Suite 800-N
Chicago, IL 60661

To each and every member of the Judicial Inquiry Board:

I'm so sorry for reaching out in this manner- by faxing this information in to your office. I spoke to a wonderful woman this last week and talked to her about what has been going on in my life. She was very alarmed by what we spoke of and told me that she sent out the complaint packet the day before we spoke- and for that I'm truly grateful, as well as beyond grateful for this Board and the legal process.

I'm reaching out in this manner because I'm in fear for my life. I am absolutely terrified having to do this. But my life has come to a boiling point and I don't know what else to do- as I have tried the legal process in Calhoun County for years with my issues, no zero results of resolution- but in fact the opposite, it has put a target on my back I would say and I also lost a literal organ due to elected officials ignoring and denying multiple state and federal laws to not only myself but my whole family- worst of all, my disabled little sister.

I've been my disabled little sister's soul advocate for her for years, even when she attacked me. I asked for help countless times, even reported as a court mandated

reporter myself- that my little sister was incontinent, wetting herself multiple times a day and attacking people and I was ignored. Countless times, even after I was hospitalized for weeks, required emergency surgery and when released still had a drain tube coming out of my scrotum. I went and reported the attack to the states attorney, the court clerk and the sheriff's department and they refused to help a legally disabled person for life- the all told me to hire a lawyer. My little sister's name is Sarah Nicole Filla- D.O.B. 10-22-1989.

We were suggested to contact the previous states attorney Keisha Morris, by the Calhoun County Court Clerk the day I came to her crying, with my whole front left tooth in my hand, root and all. We were forced to hire a lawyer again and pay thousands of dollars to someone because the entire local government of Calhoun County stands ten toes down on denying disability laws. I don't want this to come out disrespectful, or to make it seem like I'm "putting work on someone and not doing it myself" when I say: If this board were to access the court transcript of the first court date with Keisha Morris representing my family- they would read that after the entire court room did the "all rise" and the judge entered and sat down and court started... the first words out of Judge Burch's mouth was almost word for word, "I understand we are here for Sarah Filla, a disabled adult and I understand she's been attacking family members."

So with that statement being the first words out of the judge's mouth on the matter, made me feel even more that I or my life didn't matter to them at all, it's all a money game. Also, you will find out later in reading- that I am not meaning to put off having someone else get the court transcripts I refer to in this letter, I have filed multiple FOIA requests with the county and have been denied, I've even filed three court filings last week-and the corrupt county officials refuse to file them or address me because they are trying to cover their crimes, all the while committing countless more.

Fast forward a few months after my sister was removed from the home- my uncle showed up at our home and while intoxicated broke and entered our four car garage, and when I heard and confronted him- he piped up a pipe and chased me, in front of my mother and on camera- chasing me almost a hundred feet, swinging the pipe saying he was going to beat a faggot. And the local government refused to follow due process and actually investigate the crime- BECAUSE THEY WERE DRINKING AT THE JUDGE'S FAMILY'S RESTAURANT AND BAR FOR HOURS BEFORE COMMITTING A HATE CRIME- and even bought a 24 pack of beer to go when they left and came to the property to

Letter to J.I.B. Page 2 of 6

rob my mother of marital property and commit a hate crime on me- while my adoptive father cheered and egged it on. And since zero due process was followed- my mother was forced to file for divorce to safeguard her property because he was giving away tens of thousands of dollars in property as well as writing checks for $50,000 to one of his friends. Instead of going to jail. Proof to these claims will of course be provided.

My mother has spent over $45,000 in legal fees since last September due to this negligence. Multiple court orders have been put in place to instill her "legal rights." But the judge refuses to enforce his own court orders. Multiple of them. Including: making Ella beneficiary to all bank accounts, life insurance, etc. And to this day she has zero proof of any financial accounts or life insurance policies and he is in fact hiding well over $300,000 and proof to that was provided to the court, and still nothing is done. The Judge also demanded that her credit cards be turned back on. That has never been done, and was reported to the courts, and nothing has been done. This is important only because they are needed solely for using them for a deposit on a hotel every month when my mother and I go to Chicago every month to visit my sister in the facility she lives in there now. The charge would go away after check out, but she can't even use her own credit cards that are tied to her social security number. We have to take a large amount of cash with us and that is a liability we shouldn't have to endure. Judge Burch was also given evidence of multiple crimes that he is choosing to ignore, proof to that claim will be in the paperwork coming up. Judge Burch was also given proof that John is a drug addict and on a large amount of pain medication and isn't supposed to be driving- and lied to his doctor and said he didn't drive to get a higher dose on more than one pain medication. This puts my mother at the risk of being financially ruined if he hurts or kills someone while behind the wheel, and all the courts have said is "well, how's he going to get around?"

Most recently- and the main reason why I'm contacting you now and like this... I filed 3 motions with the Calhoun County Court Clerk on Friday July 31 in the morning. The 3 motions I filed were: A motion of waving of fees of a civil case, a motion to exclude Judge Burch from the proceedings, and asking the court to have a third party judge step in, read the information and decide on how to proceed... and the third, was a writ on mandamus on the Calhoun County Sheriff, Zach Hardin- States Attorney, Lucus Fanning- and Calhoun County Court Clerk Trish M. I recorded this. Because of the literal years of corruption I have dealt with, with these people I thought it be in my best interest to do so. I was not disrespectful and holding my phone out and in her face... it was set on

record and I put my phone up on the desk and it's recording the ceiling- ensuring no private information was recorded. I explained I was there to file these three things... and explained what each one was and she even went back to her computer to look up how to file these court filings. I explained that from what I have read- mandamus cases take president over other civil cases and they require a 5 day turn around. She said the Judge wasn't in that day and it would be reviewed as soon as possible- to which I said again, all 3 of these filings should be sent to a third party judge, not the judge that wasn't there that day... and also because of the motion of judicial change... I left. I didn't hear anything back. I call back Monday morning and ask the court clerk Trish when my court date is so I can be prepared and she said the Judge isn't in and she doesn't know, and she'll have an answer if I come to court for my mother's divorce the next day. And I said that's unacceptable. She continued to argue with me about the law and then hung up on me. I called back, they didn't answer and I left a voicemail saying it needs to be sent to a third party judge immediately or I'm contacting the state police. No response, no call back... I call back again, typing a different number on the court directory hoping to get someone else on the phone. I did. I'm explaining everything to the lady, and he response was "it sounds like you need a lawyer." I then explain a lawyer isn't needed for a constitutional right of filing motions to the court... all of a sudden there was a pause and someone grabbed the phone out of her hand and started yelling.

"Mr. Pohlman, this is Judge Burch. I have read all of your paperwork and it's all frivolous and there is nothing I can do or enforce or make them do with what you turned in. Stop calling up here and stop harassing my court staff or you will regret it."

He screamed all of this at me and hung up. I was not given a chance to say a single word, and I was not sworn in in a court of law... let alone- the biggest issue was I thought I was protected by the courts. I filed the right paperwork. He should of never been given the opportunity to read this. And none of my paperwork was even filed, per me looking on judici.com. All of that happened on August 3, my mother's 70th birthday. After being screamed at by the judge and being terrified, we get in the car and I send my mother in to the courthouse to get the paperwork and we were driving to the Springfield immediately to go to the AG office. They refused to return any of the paperwork they also refused to even file. The only proof of this I have is the video, and I typed out part of 'Part C, Reasons for lawsuit' because the reasons were to long in the spaces provided on the state paperwork, so I typed that part and it was included in that filing...

Letter to J.I.B. Page 4 of 6

A few hours later-while I'm in the AG office in Springfield my mother gets a call from her attorney and says she's not feeling good and don't worry about going to court tomorrow, it's rescheduled and was really short and got off the phone and didn't provide a new court date... we tried to call her back multiple times, and left voicemails with her, her paralegal and her partners at Cordell and Cordell and nobody called back. We had a really bad feelings and our fears were confirmed the next morning. We still went to court, it was not canceled or rescheduled. And if we didn't show up, she would of lost EVERYTHING AND BEEN MADE TO PAY HIS LEGAL FEES!!!! When my mother walked in the courtroom you could of heard a pin drop. The court clerk, judge, states attorney, bailiff and even my adoptive father's attorney was NOTICIBILIY shocked we were there. The Judge got my mother's attorney on the phone and said, "I'm here in court with Mrs. Filla." And her attorney's response was, "I told her she didn't need to be there today." And sounded terrified when saying that. The court transcripts from August 4 will prove this to be true. And there is no other way to see this as direct sabotage from retaliation.... I say this, because I've been the victim of this local governments retaliation- for years. And having CPTSD is a blessing and a curse because you can spot pattern recognition and read a room from a thousand miles away.

Here is a link to the video of me filing the three court motions

https://www.dropbox.com/scl/fi/7a4ksmp7taewxecrcz7kl/mandamus.MOV?rlkey=66in11b0gwuacd6yi6fbye9t6&st=bew8t6ti&dl=0

Also included will be copies of the court orders that are not being followed as well as proof to my claims that can be found in the letter I sent to the AG office that has links to all the proof of everything that I am and have been reporting on.

I'm so sorry for all of this. I don't want this to come off as disrespectful, sending you this information this way. When I get the complaint packet I will fill it out and send all the required paperwork in as well. I'm sending this as an SOS because you will also read about and see the proof that my local government is also monitoring me, equipment was installed at the end of our driveway a few months ago, and you will see a picture of it as well as the network name... They have accused me of multiple crimes I did not commit. Not only am I afraid of being arrested of false charges, now I have to worry about calling out the Judge for his behavior. His family are multi millionaires. And my mother and I are terrified that something could happen to us now. We have reported

and called out others for their illegal acts against our family, but we haven't called out the judge or said a single ill word this whole time out of straight up fear. They have the money to make some disappear. And this is such a tiny community. He will know who reported all of this to you, because it's such a small town. But that's a risk I have to take at this point. Oh- also included will be two other motions of cause that I helped my mother type up for court, because her lawyer refused to file motions of causes on the court orders not being followed... nothing came of those motions of cause as well as calling out John for over a hundred lies he made court record in some filings, and provided proof of each and every lie, like the hiding of assets... the court ignored it all to this day. And I must share with you all, my mother and I filled out paperwork for power of attorney back in March I believe, before the court filings I helped her with. And the court has villainized me for proving proof of lies made to the court instead of holding a criminal responsible for his crimes, including mass perjury.

Once again, I'm sorry for all of this. I wish just one of these issues weren't true, because then my life would be so much better. But unfortunately, this is my life at the moment, and I really, really need help. Please. I have already lost my sister and my family is broken. I will soon be homeless if someone doesn't step in. I'm currently packing up our home knowing we are not safe here and will not be in the future either. My mother has already left the state and went to her mother's house out of fear.

Please help me pick up the pieces of my broken life. There's still time left. I haven't completely given up on myself or life yet. Also, I would like it to be known to everyone that I am not in any way suicidal or have any suicidal ideations. I am not a risk to myself or others. I would never harm myself. I would never leave my disabled sister, my dog or my mother ~~to live~~ life alone.

Justin Pohlman Justin Tyler Pohlman

8-10-2026

Letter to J.I.B. Page 6 of 6

FILED
AUG 04 2026
CLERK OF THE CIRCUIT COURT
EIGHTH JUDICIAL CIRCUIT CALHOUN COUNTY, IL

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
CALHOUN COUNTY, STATE OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | 26-AR- |
| JUSTIN TYLER POHLMAN | ) | |

**ADMINISTRATIVE ORDER**

THE COURT reviewing pro se filings submitted by Justin Tyler Pohlman on August 3, 2026, the original copies of which are preserved with this Order. Additionally, the Court has reviewed pleadings previously submitted by Justin Tyler Pohlman on behalf of his mother who is party in a cause captioned *Filla vs. Filla* 25-DC-5. Based upon a review of the aforementioned filings, the Court finds that they are, on their face, frivolous pleadings, that they are without any merit, and have no legitimate legal basis upon which the Court could grant any relief. The Court finds further that in continuing to file these documents with the Circuit Clerk, Justin Tyler Pohlman is acting in a manner calculated to abuse and unduly burden the Court system.

It is therefore the Order of Court that Justin Tyler Pohlman shall not file, nor shall the Circuit Clerk receive and file of record any new pleading or new filing except with leave of Court.

ENTER:

8-4-2026
Dated

Circuit Judge

CC:

Justin Tyler Pohlman ✓

To the IL Attorney General's Office-Disability Civil Rights Department,

I apologize for being a bother. I don't know if you have heard of me yet, but my name is Justin Pohlman (4-10-87) and I wanted to make sure I contact all of the proper channels. Previously, I submitted a document to the civil rights division as a whole on May 22 of this year. And after not hearing back for a little while it made me worry that because it was in document format and not the official state paperwork; as well as not being specific to what complaint gets reported to what division of the civil rights sector. In this correspondence I will alert you to many civil rights violations to myself and my family-but most importantly my disabled little sister. I also found out more information as well as proof to these claims after submitting the original, so contacting this division independently works out even better after collecting more pieces to the puzzle. I will provide any information and answer any questions needed, that goes for my mother Ella Filla as well.

Here is the state paperwork filled out
https://www.dropbox.com/scl/fi/10gu7pg9udvux7xo6jncb/disability-form-for-sarah-and-3-pages-handwritten.pdf?rlkey=lpv3oeqkwnto3rvv9b2ub3bu1&st=j41tjyrg&dl=0

Here is some proof of my last vacation. In a hospital. For weeks. Required surgery and I still require another surgery to remove my testicle because there was only a certain percent chance Dr. Ziad from STL Urology could save it. He wanted to try to save it so I wouldn't have to be on testosterone the rest of my life. With that being said; please understand my anger, frustration and rage when it comes out in some of these statements when it pertains to my verbiage. I have not only been abused by my disabled sister for years, having teeth knocked out, scars all over my body from scratches, now losing a testicle but I've been repeatedly abused by my local government for actively being my disabled sisters sole advocate this entire time, even after the attack. I begged for help. And was told to get a lawyer by the 'states attorney' knowing damn well his father was the corrupt attorney for the guardianship and is guilty of putting two fake crimes on my sisters record along with the recently called out and retired early 'sheriff' Bill Heffington. Well that, and a legally disabled person does not require an attorney when in distress and in need of medical intervention even if the states attorney says so. Proof of all of that to follow. Sorry for going on and on, what I'm trying to say- please take the abuse I've endured for years as well as my hormones being completely out of whack since this happened- and it shows sometimes in my vocabulary and verbiage to my abusers (state officials, not my sister) so I ask for you to please let an f word or two not define who I am and what I've experienced due to negligence of countless state officials. I wish didn't have to do this. I wish this wasn't my life. This is hard and yet mindblowingly terrifying being a singular person

Letter to AG office, filed w/ Mandamus Motion

Page 1 of 6

standing up to a literal group of thugs that have accused me of countless crimes I did not commit, all because I have chosen to not be silent for years now- and I know their capabilities after seeing this county's local government put two fake crimes on my sisters record like it was just another Tuesday AND STILL CHARGED MY FAMILY THE FINES OF THE CRIMES THAT NEVER HAPPENED! There i go again! My CPTSD (result of all this trauma and another thing I will have to be medicated for life for due to the county's neglect) can really take off and keep telling the story because it's been on a constant loop in my thoughts, for years- all due to corrupt local government officials that just brand me with my sister's disease and call me crazy. It's so disturbing because as a mental health professional myself, them branding me with my sister's disease while I'm the one educated on it and call out their wrongs for years, makes their actions towards me calculated and sociopathic. Annnd I did it again. Here's the pictures of my 'vacation'- weeks in Alton Memorial in a private room at the end of the icu floor because I was so vocal and crying from the pain of my one testicles being the size of a baseball, that it was going to rupture they finally did surgery after a week and a half, they were trying to get my swelling and infection down as well as make sure I was stable enough to undergo anesthesia. I begged them to just put me to sleep, I don't handle pain well and they couldn't do that of course but it's the only thing that sounded good. For weeks. They had me on two different narcotic painkillers and I would get one of each painkiller of every 4-6 hours. 1 IV push Dilaudid (morphine on bad days) and 1 Percocet orally as well being on the strongest antibiotics known to man in an IV drip for weeks with little success- but now my body adapted to that medicine so it may never work in the future if it's needed down the road. They also doubled my anxiety meds from 7.5 to 15 mg of Busbar to try to keep me more calm; because pain is amplified by emotion. And I would love to shout from the rooftops that I also require an IV push of Zofran, along with an oral Zofran at the same time to help keep the medication more suspended in my bloodstream because I GET VIOLENTLY ILL AND MY BODY REJECTS ANY OPIATE THAT IS PUT IN MY BODY. I say this- because Sheriff Heffington has deflected so many times on me accusing me of being a drug addict- in an attempt to paint another picture of someone that just isn't true. But what is fact, his nephew Kevin was a junkie and is dead because of it. Oh, and Sheriff Heffington was county coroner and signed off on his nephews body to be cremated immediately, no inquest. But yet all the people that died as a result of drugs up here looked horrible at their services due to the inquest being so hard on the body, but "it was state procedure" but it couldn't come out on paper that the sheriffs nephew choked on his own vomit and died so Bill Heffington used more than one public office to commit a crime and falsify documents. And nephew Kevin, along with his best friend my step dad got my sister addicted to drugs before she graduated high school, and is the SOLE reason my sister is now disabled for life. So we have the sheriff's junkie nephew, he died... my sister... handicapped for life... and

Letter to AG Office, filed w/ Mandamus Motion

step father is not being charged with annnnny of his crimes which in turn will make us lose our home due to the corrupt sheriffs office allowing his crimes to be legal, therefore allowing him half of his and my mothers assets during their current divorce- due to him and his brother in law committing a hate crime on me, on camera and the sheriffs department did not investigate the matter what so ever and never planned too. All because... after losing my testicle I will no longer hold my tongue to these lawless amateurs who couldn't hold their position in another town in the real world- this town is run like it's the 1950s and they ignore countless state and federal laws just to meet their corrupt egos or one could say even their budget. Because they clearly rob people, I've supplies multiple examples of theft or theft by deception. Annnnd now here's the pictures I spoke of above. Sorry.

https://www.dropbox.com/scl/fi/ayfh0s3mwxc7wzslfjaoh/IMG_8445.HEIC?rlkey=pybjguq9f2bcimksmlqz3fx8h&st=s07x5yjm&dl=0

https://www.dropbox.com/scl/fi/65u1ggde71p1wzyavlqiq/IMG_8460.HEIC?rlkey=z4g09a7p2qj1p8nx95pvobbnr&st=bw0sny8t&dl=0

Here's a picture of me after I was attacked by Sarah and John on Christmas, two days after she was released from Alton Mental Health Center and in their paperwork she is deemed a threat to the general public.

https://www.dropbox.com/scl/fi/uc9g65jfosk6lh7q9dbbz/IMG_7588.HEIC?rlkey=sp9p937cchg5ch90v9c0cnb1p&st=jps4j6im&dl=0

Here's the corruption of the entire court system of calhoun county as well as the sheriffs department and the current "states attorney's" father.

https://www.dropbox.com/scl/fi/s6vjkwhogttzfx4vvkpik/Crooked-Fanning-Guardianship-and-proof-of-his-crimes.pdf?rlkey=agde1cl4z32kyvnhxniegjwf0&st=f9rx5yqw&dl=0

And more proof of the corruption and racketeering of Ed fanning and sheriff bill Heffington, Keisha morris, Zach Hardin, lucas fanning and the court clerk Trish.

https://www.dropbox.com/scl/fi/7gw87djqaz5gtj0o15msi/Bill-and-ed-s-not-so-excellent-adventure-2.PNG?rlkey=7lwn04q6ivtbq6oz7aat82j17&st=vontte7i&dl=0

https://www.dropbox.com/scl/fi/i1u2uaf6iuqbcwtdcsf55/Bill-and-ed-s-not-so-excellent-adventure-1.PNG?rlkey=u7hwz05sky9epk9z4mniy5epu&st=z68uysdr&dl=0

Letter to AG Office, filed w/ Mandamus Motion

Page 3 of 6

https://www.dropbox.com/scl/fi/41f2tc8ngcfi9ryeekilm/Bill-and-ed-s-not-so-excellent-adventure-3.PNG?rlkey=xv6efnfd6ia823zusulo3avl4&st=cipoch6w&dl=0

https://www.dropbox.com/scl/fi/lxpma3k2sduiutuimk41r/Bill-and-ed-s-not-so-excellent-adventure-4.PNG?rlkey=bz20rpijkymm5uoy1an8ld97b&st=wp85w40g&dl=0

https://www.dropbox.com/scl/fi/f85o681zbaiu6e50cnfmx/Bill-and-ed-s-not-so-excellent-adventure-5.PNG?rlkey=2nm0ibgwmsbde43mc8zeu2mxo&st=tkklc5bu&dl=0

https://www.dropbox.com/scl/fi/zc13wfxks53y1cv6essq9/Bill-and-ed-s-not-so-excellent-adventure-6.PNG?rlkey=shgl8ebmugj2grksau90bycwz&st=mylhh9xj&dl=0

And here's the document i submitted last month to the civil rights division as a whole... which include statements made my multiple people to help my disabled sister and our local government failed her.

https://www.dropbox.com/scl/fi/r66zymqbxs5vt92og9kwj/Sins-of-the-Father.eml?rlkey=y7bscdwdgv3e7s1ll0c8l8gc8&st=psthifmm&dl=0

And now, I will address States Attorney Lucas Fanning.

I'm sending this all to you because I'm giving you and your father what you both never gave me- a fighting chance.

Because I am and always will be a better person than you and we both know it. With that being said, I do have two questions. Well, many; but I digress and will ask two.

1. Are you going to fight for your dad just as hard or harder than you all made me fight for my disabled sister? In all fairness, she didn't know she ruined your family dinner that night by you having to work for your paycheck and answer your phone, since YOU ran for public office.

2. Is a statement and a question...
so... you ignore countless crimes brought to you, even by your own father and my step father as well as my sister. I speak up, I'm vocal... with proof. and since I do that, you label me as crazy, here's some crazy... so you decided to ignore crimes of others, and single me out; in an attempt to what... get me for a crime I didn't commit, like your daddy did to my

Letter to AG office,
Filed w/ Mandamus Motion

disabled sister? It's hilarious that this was installed outside of our driveway, the electric company doesn't know what it is and my mother and I drove alllllll around the county and the only other ones we found we are the two ways you could turn off our main road and one on the street of the police station. So since you call me crazy, am I crazy to think that you had Surveillance equipment installed outside my fucking house after the last court date and me calling out you and your egotistical criminal daddy? It's also funny because my mother is forgetful and often leaves her phone at home, so your tracking device-trying to frame me for a crime I didn't commit, just to shut me up doesn't work. And going after a victim?!?! CLASSIC FANNING MOVE! KUDDOS!

I have proof and recent proof that my mom is forgetful and leaves her phone at home often when we leave the house! Even that day a few weeks ago when she dropped me off at court for me to go in and let the judge know of my findings and he kicked me out of the courtroom. I tried to call her for almost an hour, sitting outside crying on the bench outside the courthouse after leaving because she didn't have her phone on her to know I was done and ready to be picked up, and I even had Rachael on her way from the church office in Brussels to come get me that day. How many more constitutional violations are you going to throw at me?! But I love it because I know how you operate, and I have witnesses and proof to say whatever crime you would attempt to slap on my name will never work. I'm not a bad person or a criminal. You are. All the while, you're attempting to frame an innocent person with a crime while actively ignoring countless crimes with the burden of proof established and brought to you. But you're Just like your daddy, corrupt and soulless to the core. You are a liability to the state and the county and need to be removed from public office immediately. You will never silence me. I will forever be a voice for my family that you have literally fucking broken over the years with the help of your corrupt father. It ends soon. Because once the attorney generals office receives this and if I'm in custody with one of your fake crimes- you'd just be increasing the inevitable check Calhoun County WILL be writing for me.

https://www.dropbox.com/scl/fi/4i8vd3bg7h0npgnr0hv1w/Photo-May-29-2026-4-06-40-PM.jpg?rlkey=qha3m5tgz1gqez25zm4a7vwy2&st=20l4616i&dl=0

https://www.dropbox.com/scl/fi/vk716c1nq16i5aem9i15j/Photo-Jun-28-2026-6-55-37-PM.jpg?rlkey=odq4mfhakrtvkbg8vdvvw5wsp&st=x611ucfm&dl=0

To the civil rights division again, I'm sorry you must witness how I communicate with Lucas Fanning. But you now know and as well see how my local government failed my entire family, with zero regard for life, liberty or any type of pursuit of happiness and at this point

Letter to AG office,
Filed w/ Mandamus Motion

after having my teeth knocked out, losing a nut, having my uncle chase me with a metal pipe saying he's going to beat a faggot and then my own adoptive father threatening to kill my mother and I because I shared the footage with his family to shown them who he really is.... this is my life. And I don't want it to be this way anymore or to have another person feel a sliver of the pain I have felt in my lifetime. Nobody deserves this pain. Please help.

Justin Pohlman

Justin Pohlman    Justin Pohlman

Letter to AG office,
filed w/ Mandamus Motion

Page 6 of 6

C. Reasons for Lawsuit

I come before the court to ask for a writ on mandamus on all three defendants-Lucas Fanning, Zach Hardin and Tricia Margherio- all of which hold public office in Calhoun County- swore an oath to uphold the duties of the position as well as the laws of the great state of Illinois; to which they are refusing to do and in so turning this court and the perception of it into a kangaroo court that will now financially ruin the county as well- due to their brazen attacks against my life, my families lives as well as our constitutional rights as citizens and disabled citizens. I did check the box, that this lawsuit ties to another document, so that will be provided, after this document. The other document is what I sent to the IL AG Office, FBI, Etc- months ago. I'm still waiting for a response- so with that being said- there is still an active state and federal investigation still going on in this matter. And I am here today myself, because I cannot retain an attorney in the matters against these State Employees until civil rights violations are confirmed and qualified immunity will be dropped. I respect the court. And I respect the process. But I'm here today asking for Mandamus because since these lawless state officials refuse to uphold countless state and federal laws- I may soon be homeless. Since I was also the victim of a hate crime that wasn't properly investigated (they took the side of the attackers who were also drunk, from drinking for hours at Judge Burch's families' restaurant become coming to my residence, breaking and entering, started robbing marital property and since i confronted the person, he chased me with a pipe saying he was going to beat a faggot, this is after he ripped the garage door completely off the tracks to gain access, ON CAMERA, WITH A SECOND WITNESS!!!!!) Anyways, since these criminals who are in charge don't want to do their job... again.. My mother had to file for divorce after 37 years. Due to the police and Fanning's retaliation, we seen no justice, and now have spent over 50k in lawyer's fees due to county officials' negligence. But with that being said, they refuse to

Proof I filed Mandamus

Page 1 of 6

charge him with annnny of his crimes, with the burden of proof established. They instead after we had an order of protection granted, put literal surveillance on us, the victims. Picture proof of their equipment is in the other document. AND I WANT IT REMOVED. TODAY. It's mind blowingly disgusting to see the same people go after me time after time, attempting to silence me, taking away countless rights, and yet I'm still standing. Since there are no charges on the criminal my mother is divorcing- and these lawless people in charge refuse to do their job, we will lose our home, due to the split in assets being 50/50 because NO CHARGES FILED. Another form of their retaliation against me. We may go homeless because of this very corrupt local government.

Here's a list of crimes they committed, I'm sure I'm missing a few- but the list is wild.

RICO- 18 U.S.C. ** 1961-1968

Conspiracy- 18 U.S.C. *371

False Statements- 18 U.S.C. *1001

Obstruction of Justice- 18 U.S.C. **1503, 1512, 1519

Extortion- 18 U.S.C. *1951

Cyberstalking- 18 U.S.C. 2261A

Civil Rights Conspiracy – 18 U.S.C. *241

Deprivation of Rights Under Color of Law- 18 U.S.C. *242

Retaliation Against Witnesses- 18 U.S.C. *1513

Destruction of Evidence- 18 U.S.C. *1519

Racketeering Conspiracy- 18 U.S.C. *1962D

IL Human Rights Act (775 ILCS 5/)

American's with Disabilities Act

IL Civil Rights Act of 2003

Law Enforcement Misconduct (720ILCS 5/33-9)

Proof I filed Mandamus

Page 2 of 6

Duty to Render Aid (720 ILCS 5/7-15)

4th Amendment Violtions!!!

Excessive force when arresting a disabled person.

False Arrest when arresting a disabled person who didn't commit a crime.

Fabricating Evidence of a disabled person, and then arresting her under false charges.

Coercing confessions on a disabled person.

Filing False Reports on disabled person as well as my mother and I by falsifying police reports.

14th Amendment against my disabled sister, mother and I. As well as the equal protections clause as well!!!.

A Section 1983 claim by all of us as well,.

Tort Claims

Intentional Infliction of Emotional Distress- ALL THREE ARE GUILTY OF THIS

Battery- ALL THREE ARE RESPONSIBLE FOR THIS.

False Arrest- SHERIFF'S DEPARTMENT

Malicious Prosecution- SHERIFF'S DEPARTMENT

And now The Illinois Consititution Violations, well at least some.

Art 1 **1- Protection of property was denied by police and states attorney.

Art 1&2- Due Process and Equal Protections-denied by all defendants

Art 1 **6- Searches seizures and privacy interceptions- Sheriff's Department, Most likely corrupt Fanning too.

Art 1 **8.1 Crimes of Victim's Right- ALL THREE ARE GUILTY

A1-FAILED A2- FAILED A4- FAILED A8-Failed A-12 Failed

Proof I filed Mandamus Page 3 of 6

And Subsection B failed by Lucas Fanning.

Art 1 **12- Right to Remedy and Justice. FAILED BY ALL

Art1 **18- No Discrimination on the Basis of Sex. Police and Lucas-zero charges for hate crime.

Art1 **19-No Discrimination against the Handicapped. FAILED BY ALL!!!!!!!!!!

Art1 **23- Fundamental Principles, all three failed us, again.

Art V **19- Records and Reports- Failed by all three

ArtXIII ** 1- Disqualification for Public Office- All three need to resign

ArtXIII ** OATH OF OFFICE. This is why I want to cite mandamus on all three defendants.

This is what I ask of each defendant for the time being, as there will be countless lawsuits to follow by the state and my family.

Tricia-

I'm asking the court to invoke Mandamus on you. You swore an oath to this community and your job role and duties were known, you ran and now hold the seat. You are responsible for actions while holding this seat and breaking the law or deciding not to follow it.

I demand you turn over ALL paperwork in reference to ticket #9243, in Sarah Filla's name. You refuse to produce this after i told you and gave you proof this ticket was fake and never happened. Upon speaking to the State Police, I was told you lied to me when you said you didn't have it and couldn't produce it. Produce it, immediately.

I demand ALL information on 2019TR76 criminal case with Sarah Filla. Because once

Proof I filed Mandamus Page 4 of 6

again, you were told and given evidence that this crime was next committed. You then got a stank attitude with me and said it didn't matter, that the charges were dropped. Well honey, it does matter. That fake arrest was used for judicial influence and was illegal. So go gaslight someone who will believe your lies.

I also demand ALL proof of the "return" of the bond for that crime. It was $1,500. It was NEVER RETURNED!!! Let's see who signed for it!!!!

Resign. You are just as guilty as the police and Lucas when it comes to me reporting my sister. I showed up to your office COUNTLESS TIMES, EVEN HOLDING MY FRONT TOOTH WHILE IN TEARS TO YOU!!!!!! Telling you corrupt Fanning and the police won't do anything, you all told us to get a lawyer, YOU DIDN'T REPORT IT TO THE JUDGE AND YOU ALSO REFUSED TO SEND OUT MY FAMILY ANNNNNNY REPORTS ON SARAH THAT ARE REQUIRED TO BE FILLED OUT YEARLY FOR ANY DISABLED PERSON IN SOMEONE'S CARE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!. I lost a testicle. And you could of prevented it. Now you will need a lawyer.

Zach-

I'm asking the court to invoke Mandamus on you. You swore an oath to this community and your job role and duties were known, you ran and now hold the seat. You are responsible for actions while holding this seat and breaking the law or deciding not to follow it COUNTLESS TIMES.

Come collect your illegal equipment before it gets shot down. We are under an order of protection and this is illegal in multiple ways.

Proof I filed Mandamus page 5 of 6

After you are made to charge John AND Rick with their crimes, I DEMAND to either be the one to, or have video evidence of the firearms you marked legal and then stole from us... I want to destroy them myself with a mallet, or watch it be done. I REFUSE TO LET ANY OF MY PROPERTY GO INTO THE CRIMINAL EDWARD FANNINGS GUN SAFE, LIKE HE DID WITH MY MOTHER'S FRIEND 😊 WE WON'T BE THE ONE. TRUST.

Retire. You were corrupt from literally day one and I have the proof and the state is coming after you.

Lucas- you have the worst upcoming charges out of everyone because you are pure evil and it shows in allllll the evidence I've collected against you, FOR YEARS NOW. I would say retire, but we both know you will not have the option in the coming weeks.

proof I filed Mandamus

On Page 2 and 3 of the Request For Investigation of a Judge Form Packet- Question 2- Subsection E: asks to identify all attorneys in the matters and provide their contact information as well as who they represented... There were multiple lawyers in and out of the cases I'm bringing forward to you, to simplify the information for the board and make it easier for them, I wanted to type it all out for them, instead of attempting to write it all in the form in small print.

Edward J. Fanning

207 Main Street

Hardin, IL 62047

(618) 576-2284

Edward was our families' attorney when it came to applying for guardianship of my disabled little sister, Sarah Nicole Filla. We were told to contact him and set up a meeting by the Calhoun County States Attorney at that time- Rick Ringhousen- when we went to him for help when Sarah was first becoming physically violent with us.

Keisha Morris

109 E Washington St.

Pittsfield, IL 62363

(217) 285-5593

Keisha was suggested to us by the Court Clerk when the local police and states attorney would do nothing about the attacks inflicted on people by a disabled person. There response was to call our lawyer to get the issue resolved in court, and being told by the state's attorney that he was ignoring disability laws and extorted us to pay his father to get the help we needed, we decided to take the advice of the court clerk and contact Keisha - because if we are forced to pay for disability rights that should be free- we would rather pay anyone else than someone who already proved himself to be corrupt and without ethics or even a moral compass at that rate. And to have his son who is in power refuse the laws, was disturbing. We just wanted all the attacks to stop and life to have a moment of calm. To which I'm still advocating for to this very day.

Information + Contact info of all attorneys in these matters.

Page 1 of 2

Scott Snider

3517 College Ave.

Alton, IL 62002

(618) 465-2541

Scott represented my mother as her first attorney in her divorce case. He refused to file motions of cause when the respondent was not following multiple court orders as well as refusing to pay monthly maintenance for weeks in the month of April. My mother fired him in writing as well as in court because Scott refused to adopt the motions of cause my mother and filled out ourselves, with the proof of all the lies being supplied in the respondent's answers on official court documents. This includes hiding of assets in well over $300,000. He was swiftly fired and replaced.

Cordell & Cordell, Rachel Schmidt

101 W Vandalia St Ste 125

Edwardsville, IL 62025

(618) 216-1187

My mother hired Cordell & Cordell within 24 hours of firing Mr. Snider. You will soon read of the actions of Ms. Schmidt in the pages to follow. Also, I would like it made known that the address provided is not correct, nor real. My mother and I took the entire case file to this location to drop off after she hired them, and the office is vacant and does not exist. We spoke to another business in the building and on the same floor and they said Cordell had been gone from there for a long time. So my question is, if we had to then take the case file to another state, and location, that is actually closer to the courts in Calhoun, why is my mother being charged the travel rate and fees associated with the expense if the address given in not an actual business address...

Information + Contact info of all attorneys in these matters.

And lastly...

Here is a link to the paperwork my hospital visit from July when my dead testicle was infecting the good one and another reason I filed the motions in court, like Mandamus.

https://www.dropbox.com/scl/fo/932pu6ws1ged214ec1u29/AOP2ZN00bFZruGSKDOvKck0?rlkey=q38a95o6b7nrdu5kxquhf95e4&st=7s6ek1pl&dl=0

And if the board would like to read to motions of cause that my mother and I worked on to submit to the court, with zero results from the court or her attorneys for that matter. Again, I'm sorry for all of this. And if you don't want to read all of this, I understand. I am in no way trying to waste anyone's time. I understand the rules of this board and I respect this process with every fiber of my being. I just don't want to make the mistake of leaving something out that could of been life changing for me or my family. I'm sorry for projecting all of this trauma on now another group of people. I wish I could just fix it myself. But I can't, and I know in my heart that everything I have said and reported on for years now is 100 percent the truth without question and I just don't have the authority to make a bad situation better. Thank you again to each and every person who reads my story. I hope and pray this never happens to another person not only in this state, but the world as a whole. I can't even put into words how degrading and shameful this has all been, for years.

https://www.dropbox.com/scl/fi/ebshbbh85nj9qpdbti9zt/Interrogatories-petition-to-show-cause.docx?rlkey=mupu9pa5ntp468bx93tcq4122&st=0t3x0yhp&dl=0

https://www.dropbox.com/scl/fi/6pfilx8f5r4ouvxt0ytej/petition-to-show-cause-fin-af.docx?rlkey=d8o399kkurmayr1s6xmsjrsvq&st=iug92gs1&dl=0

Thank you all again, &
I'm so sorry for this.

Justin Pohlman
8-10-2026

After compiling everything and reviewing everything I'm submitting to this board, I realize that the dropbox link for the first letter I sent to the AG office with the first list of crimes as well as the proof to the crimes is not working from what I can tell, so I will copy and paste the email here for review- the email was titled "sins of the father." I'm so sorry for this. As well as my mental state when being so upset that I said the f word in this communication. Please don't let my frustration from abuse define who I am and what I've been forced to endure for years.

An open letter to:

The Attorney General of IL- Kwame Raoul
The ATF
The DEA
The FBI- Springfield, IL Division
The IL State Police
The "States Attorney" of Calhoun County, IL- Lucas Fanning
The "Sheriff" of Calhoun County, IL- Zach Hardin
(Previously emailed the Gov. Of IL last night- Gov. Pritzker)

My name is Justin Pohlman, and my life has been ruined by my local government in Calhoun County, IL repeatedly over the last few years, with zero regard for me, my life, my family's lives, as well as the laws for the State of IL as well as several federal laws as well.

This story begins years ago, in the law office of Ed Fanning in Hardin, IL. After years of issues with my sister who is legally disabled my mother and I made an appointment with him and went to see him about options and advice on what we can do with my sister; Sarah Nicole Filla- D.O.B. 10-22-89. He advised us that guardianship was needed. After listening to his reasons, he then told us the only way that the Judge is going to see this is needed and approve it in our favor is making my mentally disabled sister look worse to the Judge. He said we needed to get her convicted of a crime to show the Judge the need for us to step in be able to legally make decisions for her. I was floored and I vocally said in the office that this is "fucked up and racketeering". Ed Fanning did not like my comments or my attitude and then said that I should not be applying as a co-guardian-due to him saying it wouldn't be granted because I got a DUI 12 plus years prior-when I was 21. I wanted to be a part of the guardianship due to my parent's old age, so I wouldn't have to go through this all again with the courts one day and be charged thousands of dollars, again in the future. Ed

First Letter + Proof of Crimes
Sent to AG Office

Fanning refused and said I would blow the whole guardianship application with the courts if I were a part of it, and it's clear he took that stance due to me calling out his illegal activities to his face. He said he was going to talk to Sheriff Bill Heffington about this, and come up with a plan for him to go talk to our neighbors and ask them to call him when Sarah would walk off our property on walks-if anyone sees her, to call him. They did as they were told (VICKI NATION OF GOLDEN EAGLE, IL) and Sarah was arrested for no crime other than being disabled on a Tuesday and walking off the private property she lives on. It should also be mentioned that this plan not only cost thousands of dollars to Ed Fanning; but my parents were also forced to pay thousands of dollars in court costs and fees associated with the fake crime, orchestrated by the Sheriff and Ed Fanning. Guardianship was granted. And it did NOTHING. I even called Ed Fanning, crying and hysterical while in the drop off area at the Emergency Department at Depaul Hospital while my sister was punching me and the hospital staff refused to accept the paperwork I had to have them physically remove her from the car. He played dumb and his response, "my only guess is they are not recognizing the paperwork because the hospital isn't in Calhoun County." EXCUSE ME?!?! There are no hospitals even in Calhoun County and the closest is an hour drive away!! It should also be known to the proper authorities that Lucas Fanning, the acting states attorney for Calhoun County is Ed Fannings son. And he is and has been covering up his father's crimes-as well as committing countless himself, retaliating against me for years-all the while going against many state and federal laws that I'm supposed to have as a citizen of Calhoun County-as well as being a human being. Lucas Fanning is using his public office for corruption and is a liability to the County, State, disabled persons, gay persons, parent's of disabled persons, and pretty much anyone in general that doesn't align with the boys club him and his father attempt to run.

Lucas Fanning ignored me for months while I begged him for help with my sister after moving back from Asheville, NC three years ago. As did the police. Here is proof of statements my mother and I both wrote for my sister-which were ignored-even after I was attacked, spent weeks in the hospital, had emergency surgery, lost a testicle-reported it, along with a disabled person going to the bathroom on herself and he refused to comply with State and Federal Disability Laws and didn't even have ANYTHING investigated or have someone check on the disabled person in question peeing herself and attacking people. The coward showed his usual cockalorum behavior and hid behind his title and said he could do nothing-all with a smile on his corrupt, smug face.

https://www.dropbox.com/scl/fi/5tgpcvhf2rfcry7z6jzjb/Letter-to-Police-and-State-Attorney-for-my-sister-after-the-attack-1.PNG?rlkey=1o7nb6yqzxdr781f8edkc2gxs&st=x85mk5cn&dl=0

First Letter & proof of crimes sent to AG Office

https://www.dropbox.com/scl/fi/tzyt92qjriq0miagis42u/Letter-to-Police-and-States-Attorney-after-the-attack-2.PNG?rlkey=ngwbkfaf27b1q6iroqggt568j&st=jc5obffp&dl=0

https://www.dropbox.com/scl/fi/jfmcifaiekjt1l0tytokd/Letter-to-police-and-States-Attorney-after-the-attack-3.PNG?rlkey=tnotusxy9ko2pibp45qcm27dm&st=hdp67w7y&dl=0

https://www.dropbox.com/scl/fi/erswn30fhkdymucov3xvn/Statement-mom-made-and-they-did-nothing-p1.HEIC?rlkey=hovpgs0dyu8p9bam44cicr00f&st=4ybss83h&dl=0

https://www.dropbox.com/scl/fi/xar2ws74b74l229yfobda/Statement-mom-made-and-they-ignored-p2.HEIC?rlkey=2gwqfcqfc556nyaoblwl0tmqx&st=5amf0w3v&dl=0

It should be made aware to all of you that the only way something could be done with my sister was paying the previous States Attorney Keisha Morris thousands of dollars. So our rights and my sister's rights as a disabled person were violated and yet this county had the nerve to also charge us thousands upon thousands on top of it. It should also be noted that a few months ago, the facility that Keisha had my sister put in was trying to put my sister in a homeless shelter. I was furious. I contacted her, and she ignored me. Here's proof to that claim.

https://www.dropbox.com/scl/fi/suy93s4tt4moxj1xn39hg/Email-to-Keisha-Morris-after-facility-my-sister-was-in-was-trying-to-put-her-in-a-homeless-shelter-a-few-months-ago-she-ignored-the-email-and-refuses-all-communications.PNG?rlkey=nb5zdagknfduu4uq9lmyt9cpk&st=8sbktqmz&dl=0

It should also be known that the crimes I listed above in regards to Ed Fanning is not all that I know, personally. A few years ago, Ed represented a friend of my mother's. Someone we have known for 30 plus years. Her name is Cindy Rivillo, of Golden Eagle. And as payment for representing her in a case he accepted an illegal compound bow for hunting. It should go without saying that if Ed, Lucas, or anyone past or present affiliated with the Calhoun Sheriff's department attempts to question or intimidate either witness- Vicki Nation or Cindy Rivello-it will be seen as retaliation and conspiracy to intimidate a witness of a crime. There is to be zero contact with these women from any past and present public figures of Calhoun County or anyone that lives in Calhoun for that matter. They can be questioned by the Attorney General of the State of IL at this point, it's a state's issue.

First Letter & Proof of Crimes sent to AG Office

Fast forward less than a year later. My uncle showed up at our house with a 20 ft. Trailer, ripped the locked garage door off it's track to gain access and began stealing property. I heard it, and went and confronted him and he picked up the pipe that was used to lock the tracks in place making the garage door not go up and chased me around a hundred feet, swinging the pipe, saying multiple times he was going to beat a faggot. I ran to a car and announced I was getting a gun and he didn't stop and retreat until he was less than 10 feet from me and seen me flip up the center council of a car on the property-thinking I was getting a firearm. The day after the hate crime, early in the morning I get a call from my mother saying that my father is high on drugs and trying to leave in the new car. I left my fifth wheel and went to my mom immediately and this is the video I took. https://www.dropbox.com/scl/fi/bwspoh253vma2h67tw5c/Video-of-day-after-hate-crime-and-breaking-and-entering-a-locked-garage-ripping-the-garage-door-off-the-tracks-to-enter-and-robbed-us.MOV?rlkey=tkstc3lzya2bnfwhd6n8b35l1&st=3nhqvdji&dl=0

After that, typed up this statement. https://www.dropbox.com/scl/fi/i1aehmdpu81mw2ayoh056/Letter-after-hate-crime-p1.HEIC?rlkey=retru8zaquyw2qq9kbnp7k0d3&st=q7dyh07f&dl=0

https://www.dropbox.com/scl/fi/dt3np2rpu131l4uygk6yi/Letter-after-hate-crime-p2.HEIC?rlkey=f4hosy1bf6cjhelh4gkmmw22k&st=3hd16vdz&dl=0

https://www.dropbox.com/scl/fi/m3635ey2qeghteqrcd86t/Letter-after-hate-crime-p3.HEIC?rlkey=zcu1mfy40tchsoz33phh3cf2e&st=hs5d6vma&dl=0

And I sent that video to my father's sister after he left that day, so she would know just what type of person he really is. And after he came home, that is when he was threatening to kill my mother and I. And then we went to the judge and was granted an order of protection. During his removal from the property, my constitutional rights were violated by the sheriff and deputy multiple times that day, including them accusing me of multiple crimes I did not commit. And in the weeks after there were violations of the order of protection, including the sheriff's department bringing him to the property, unannounced, and acted like we were crazy for calling them out on this dangerous act. The police and states attorney refused to bring up a single charge for the attack, or the theft, even when presented with proof and witnesses. Then in December when cleaning in the home we find illegal firearms, silencers, and extended clips. We turn them over, and nothing is done. These illegal items are deemed legal, no charges are filed, and yet they refuse to release back the property when my mother, who went and got a foid card to be able to retain all the property that her husband can no longer have due to the order of protection.

First Letter + Proof of crimes
Sent to AG office

https://www.dropbox.com/scl/fi/1ju1gbs591ozkivur3d99/TURNED-IN-SPORTER.HEIC?rlkey=3bso7q41mkx8mlbl7o81emgh7&st=v0rhbf5b&dl=0

https://www.dropbox.com/scl/fi/rrtesbup40j5yt3iwdpoi/TURNED-IN-Sporter.HEIC?rlkey=pttj76djsomdau0ckxo5mtw4i&st=b8uc4c28&dl=0

https://www.dropbox.com/scl/fi/qy0owsw5rf98ecnnm0395/TURNED-IN-Silencers-1.HEIC?rlkey=sval0o97vixkckj2irp8occ31&st=0mn0gr58&dl=0

https://www.dropbox.com/scl/fi/ddj5p5gr0vv28vvq8ktie/TURNED-IN-Silencers-2.HEIC?rlkey=cakc03nmb7j0z54cjoyy33qff&st=2maq7yz1&dl=0

And here's the police report showing the Sheriff's Department committing obstruction of justice.
https://www.dropbox.com/scl/fi/ei8lb8p66dz62odgnxk7p/Report-on-first-round-of-illegal-firearms.jpg?rlkey=99wlgs9zp3e74i7a0657twgt0&st=2dm8mn03&dl=0

https://www.dropbox.com/scl/fi/dcyeja80af02d20jsmnbp/Report-on-first-round-of-firearms-p2.jpg?rlkey=ajifmdciyrjvk88k1l6e0kggp&st=cs628jlv&dl=0

https://www.dropbox.com/scl/fi/ehkaw58kse0vzcuwyn0p4/Report-on-first-round-of-firearms-p5.jpg?rlkey=c1xkodldxsq0qrdrc3bgnosx2&st=navb6clf&dl=0

https://www.dropbox.com/scl/fi/1ddre944rv6ejxadu4een/Report-on-first-round-of-firearms-p4.jpg?rlkey=9be79zmfj900v9e4lq115rfn9&st=kno7qcpn&dl=0

https://www.dropbox.com/scl/fi/unixgmnijq1w5keml13oa/Report-on-first-round-of-firearms-p6.jpg?rlkey=469dhyqbpgm328jntv0pakgen&st=5xr0thoo&dl=0

And here's my response to finding out no charges were being brought up, as well as info regarding a denied foia request in which the sheriff lies to me about state protocol when I comes to video and audio recordings, as well as Lucas Fanning saying that John turning off my mother's phone during an order of protection is not a violation of the order.
https://www.dropbox.com/scl/fi/n2mv12zidrkxifwhn2n9r/My-response-to-no-charges-for-illegal-weapons-p1.PNG?rlkey=trxlg6px3r34xf2o44lhnsixw&st=5jpz0ypi&dl=0

https://www.dropbox.com/scl/fi/cu40km1pzfzg01cjojnzq/My-response-to-no-charges-for-weapons-P2.PNG?rlkey=czke47nkym7pb30nxxdce7iog&st=rmgzdq2k&dl=0

First Letter & Proof of Crimes
Sent to AG Office

https://www.dropbox.com/scl/fi/wbuhju7gq0g6qfi4g7ift/Shirts-and-protesting-posters.HEIC?rlkey=kjt5brahfotoo4dvvrog38u5p&st=f8rfb6oz&dl=0

https://www.dropbox.com/scl/fi/7pe0yq3ud9xq2qjndgvi9/States-Attorney-emailing-me-saying-that-John-turning-off-mom-s-phone-isn-t-a-violation-to-an-order-of-protection-P1.PNG?rlkey=u18yetv2a12bcamjwiohlutph&st=xcptwh33&dl=0

https://www.dropbox.com/scl/fi/2z2butqjyj9kj8zgto521/Email-to-States-Attorneys-office-about-why-FOIA-request-was-needed-p1.PNG?rlkey=qbqbkjecor7kr1ae87zs06tly&st=9bqwtnz0&dl=0

https://www.dropbox.com/scl/fi/isgephf3brugar6pc7rwh/Email-to-States-Attorney-s-Office-for-FOIA-request-P2.PNG?rlkey=hw4lc3mfujlavsdxba0fvo3zw&st=t8zrkg9b&dl=0

https://www.dropbox.com/scl/fi/ywrgrl2o6n4n17mm830u3/Email-to-States-Attorney-s-Office-about-FOIA-request-P3.PNG?rlkey=opyzs382u571gfxft1hqo56y3&st=rp9qwh74&dl=0

https://www.dropbox.com/scl/fi/4jyad3tykhgypx2yeeup0/Email-to-Sheriff-Heffington-for-foia-request-that-was-illegally-denied.PNG?rlkey=vhryfs51m9tvlf6rngy0ltejj&st=mok8cyxp&dl=0

https://www.dropbox.com/scl/fi/vpm9j02ua88vt8z1dytvy/FOIA-paperwork-ILLEGALLY-DENIED-AND-LIED-TO-ABOUT-HOW-LONG-THE-RECORDINGS-EXIST-FOR-HAVE-PROOF-TO-THEM-LYING-TO-ME-IN-ANOTHER-EMAIL.HEIC?rlkey=di00srye6fholo4hrw0jc0ebn&st=2m7p0g5w&dl=0

And then, guess what?! MORE ILLEGAL GUNS WITH ILLEGAL ATTACHMENTS and EXTENDED CLIPS ARE FOUND! Here are the weapons and what the corrupt sheriff's department did.

https://www.dropbox.com/scl/fi/irbt8zskrj71ihavpa8j0/TURNED-IN-AR-with-MULTIPLE-illegal-attachments.HEIC?rlkey=cx3xsm1ph8p8egelluhyd80aj&st=iw6b7zor&dl=0

https://www.dropbox.com/scl/fi/82h8zuu02lub0vpx0p6ke/TURNED-IN-Illegal-Handgun-bought-by-Rick-Kitchens-1.HEIC?rlkey=2wcq2hpchkqs9pxe00jm6xyy5&st=c9ort1tu&dl=0

First Letter & Proof of Crimes
Sent to AG Office

https://www.dropbox.com/scl/fi/re3ik41e77jyqy8lbv1ha/TURNED-IN-Illegal-Handgun-bought-by-Rick-Kitchens-2.HEIC?rlkey=9mmbx20ru0ati70jxej2pu3ji&st=8ijgayn0&dl=0

https://www.dropbox.com/scl/fi/yoqsayu4zbnxh6ewowunc/TURNED-IN-Illegal-Handgun-bought-by-Rick-Kitchens-3.HEIC?rlkey=y8qgbp7m0irio356geapgwc7n&st=o0w0d042&dl=0

https://www.dropbox.com/scl/fi/d6fxiqohe4uphy6bbcylo/TURNED-IN-Illegal-Handgun-bought-by-Rick-Kitchens-BILL-OF-SALE-AND-DELIVERY-ADDRESS-NOT-FOR-JOHN4.HEIC?rlkey=l2039fvqayb1fxptmmaunst6n&st=bgv8vy2o&dl=0

https://www.dropbox.com/scl/fi/r81hvv6n3c30t9tlt27t8/Report-on-second-round-of-firearms-p1.jpg?rlkey=wsr2gkuz9qf4klvfzul91q9st&st=kq0sza7g&dl=0

https://www.dropbox.com/scl/fi/kxe7o5t5baobweqcnbycq/Report-on-Second-round-of-firearms-p2.jpg?rlkey=pix13w7nuamymm5jm14kk21dw&st=23jsdb4q&dl=0

https://www.dropbox.com/scl/fi/230vjj2hk4y77y06tw8wl/Report-on-Second-round-of-firearms-p3.jpg?rlkey=yqatqs1wi1u3auvrcbpx5jnr6&st=tf395vh1&dl=0

https://www.dropbox.com/scl/fi/iwrz33wwhi840gpipsrqm/States-Attorney-refusing-to-bring-up-charges-on-second-round-of-found-and-turned-in-Illegal-weapons.PNG?rlkey=myzdcoz7q9rqpdls2tntwrb5r&st=f1fepbsh&dl=0

https://www.dropbox.com/scl/fi/cd3bj8sk0bjb75k0rfh3e/Email-to-police-and-States-Attorney-demanding-info-after-turning-in-the-second-round-of-illegal-firearms-we-found-P1.PNG?rlkey=y8x4eg53ai5nf3rkh5tgaja6j&st=3ip36u62&dl=0

https://www.dropbox.com/scl/fi/3xn7tm4r2f19ave6hu5za/Email-to-police-and-States-Attorney-demanding-info-after-turning-in-second-round-of-illegal-firearms-we-found-p-2.PNG?rlkey=qrq1v4ajwc3gc5sz5y7b8vry6&st=6bjio27u&dl=0

https://www.dropbox.com/scl/fi/7ltxcmhlmj39g3cxwwi3z/Email-to-police-and-States-Attorney-demanding-info-after-turning-in-second-round-of-illegal-firearms-that-we-found-p3.PNG?rlkey=55axeod8o78pbnssfldcxjr0b&st=uks2gal1&dl=0

First Letter & Proof of Crimes Sent to AG Office

https://www.dropbox.com/scl/fi/8nzghbc4ml1zownug8i1p/Email-I-sent-Sheriff-Heffington-and-States-Attorney-11-15-P1.PNG?rlkey=8q5vt7a8x7mtpq5dqzmapwb89&st=83r02ssv&dl=0

https://www.dropbox.com/scl/fi/1lfpy465hqn055tq5ilk5/Email-Sent-to-Sheriff-Heffington-and-States-Attorney-11-15-P2.PNG?rlkey=nue5ecxwgesrzjojahmksnbul&st=6q29g4fa&dl=0

https://www.dropbox.com/scl/fi/33kkjbwmvkz6x5vctzpgi/Email-Sent-to-Sheriff-Heffington-and-States-Attorney-11-15-P3.PNG?rlkey=ye4gxrxwe6aa3hi69tu0rc66j&st=do8eb7nc&dl=0

https://www.dropbox.com/scl/fi/uva5nun2t5bpiakkcccil/Email-sent-to-Sheriff-Heffington-and-States-Attorney-11-15-P4.PNG?rlkey=c7fj0tnfx8p8lq4f9rl2v9hdi&st=w8teemtv&dl=0

https://www.dropbox.com/scl/fi/2f4g4dj6r4iq80v5b0rpy/Email-sent-to-Sheriff-Heffington-and-States-Attorney-11-15-P5.PNG?rlkey=s2g6urrj12yjn0pzue3sjaz24&st=vm74gdbt&dl=0

And then... about month or so after turning in the second round of weapons, I find the box for one of them-including all the packaging for the aftermarket illegal parts that John put on the weapon, as well as the original grip that came made on the gun that he replaced with an illegal one.

https://www.dropbox.com/scl/fi/bs112r87v4i1m6a3crjvy/Email-sent-to-police-and-States-Attorney-with-pictures-of-the-gun-box-and-it-s-contents-proving-the-illegal-attachments-i-was-ignored.PNG?rlkey=t5k69addwpf8t2w7twb3jqgaw&st=n5l0s04o&dl=0

https://www.dropbox.com/scl/fi/4tdh2ub7trd1l80zs9taa/FOUND-AFTER-TURNED-IN-THIS-FIREARM-PROOF-SENT-TO-POLICE-AND-STATES-ATTORNEY-IN-EMAIL-THEY-IGNORED-ME-P1.HEIC?rlkey=ojotri4wyl2kkl2fsjhtxgace&st=0wgkd6u7&dl=0

https://www.dropbox.com/scl/fi/x9jhgx4wquvwbw5d5f5k1/FOUND-AFTER-TURNING-IN-THIS-FIREARM-PROOF-TO-MY-CLAIMS-ON-ILLEGAL-ATTACHMENTS-SENT-TO-POLICE-AND-STATES-ATTORNEY-AND-I-WAS-IGNORED-P-3.HEIC?rlkey=8z67yfzj0o8r6nsl7yr5sun8s&st=rujuavyk&dl=0

https://www.dropbox.com/scl/fi/8jv5tucsswuuz5csgwfsk/FOUND-AFTER-TURNING-IN-THIS-FIREARM-PROVES-THE-ILLEGAL-ATTACHMENTS-I-POINTED-OUT-TO-THEM-

First Letter & Proof of Crimes sent to AG Office

DURING-TURNING-IN-THIS-FIREARM-SENT-TO-THEM-IN-EMAIL-AND-I-WAS-INGORED-P2.HEIC?rlkey=6a49pxis6cif6uvkv07vwj168&st=22azeuo8&dl=0

They ignored me and refused to respond. Imagine that.

Meanwhile, John is telling my mentally disabled sister lies about all of this, and saying that her mother will be homeless and with nothing when he's done with her. So I wrote out a cease and desist, and sent it to his lawyer. No response. I called the sheriff's department multiple times to see how to have it served to him because he is lying about his address. I'm ignored for days. So I emailed it to them. And this is what it says. It is said in the letter to John that I found that he was producing illegal drugs in the house without anyone knowing, and that was ignored by the police and Lucas Fanning too.

https://www.dropbox.com/scl/fi/7crgg1porjlh25lhdrqdh/cease-and-desist-p1.PNG?rlkey=7a6uvdqihx1aoey7p9mhfcsxe&st=juz53zzg&dl=0

https://www.dropbox.com/scl/fi/0ppc2dexz5xz8oi6ecjbk/cease-and-desist-p2.PNG?rlkey=62ex8lkplmafmwcubmabss8ps&st=3yx0ds32&dl=0

https://www.dropbox.com/scl/fi/xs6ory7mj38hh6nz01qs6/cease-and-desist-p3.PNG?rlkey=rht9bw41qhda1mc2qkfv82ioc&st=8zdugbmu&dl=0

https://www.dropbox.com/scl/fi/0ilzx5fru8jd09498lcw7/cease-and-desist-p4.PNG?rlkey=d7mzzmaan9gi7bx354u95wm0q&st=jy07p2m4&dl=0

https://www.dropbox.com/scl/fi/bsmjobypmem09vmnz2nb8/cease-and-desist-p5.PNG?rlkey=a2bqcedna6h21z13m4wznbvt7&st=06wv64d6&dl=0

https://www.dropbox.com/scl/fi/uaixfvzlsv5kbor5q6sx0/jars-and-totes-he-used-for-production-of-illegal-mushrooms.jpg?rlkey=oughbmyq586qowudvnxut5avb&st=bqx82kd8&dl=0

https://www.dropbox.com/scl/fi/ueolpe269v1u3z8la8lnm/jars-he-was-using-to-grow-illegal-mushrooms.jpg?rlkey=rwltoc78bilnfo9rpysh8hv4d&st=r3pk9nv9&dl=0

https://www.dropbox.com/scl/fi/rn0r43gsdqne2o31va2ik/modified-totes-for-drug-production.jpg?rlkey=6mvd1u9kakuhtmki8y2g2pfvo&st=rxebteux&dl=0

First Letter + Proof of Crimes sent to AG Office

with me. And I also have an email from the sheriff saying he will not talk to me, he will only communicate through a lawyer. Which is pay to play. And further proof of racketeering.

https://www.dropbox.com/scl/fi/nhl4e63dvuvb5awcoiglt/Email-to-Sherriff-and-States-attorney-about-explosives-and-illegal-AP-ammo-Ignored-p1.PNG?rlkey=4ihbwrmne8p5qbap7iq2mu7t2&st=e328k0mu&dl=0

https://www.dropbox.com/scl/fi/kxq1b5zja1x96l68je4h5/Email-to-Sheriff-and-States-Attorney-about-explosives-and-illegal-AP-ammo-and-was-ignored-p2.PNG?rlkey=90kslmcor35dpa2tqy6h3paau&st=eok9sgn3&dl=0

On the top shelf of the closet right next to where the box of explosives was is a wooden box... upon inspection-there are multiple illegal extended clips-most are loaded with armor piercing rounds. Proof to that statement is right here.

https://www.dropbox.com/scl/fi/ehxla04hnxhcxoam31xvr/Box-Found-in-closet-with-explosives-had-multiple-loaded-30-round-clips-empty-M1-extended-clip-and-random-bullets.jpg?rlkey=kym00dp9sfnwowahjogztni5c&st=tn6oamrh&dl=0

https://www.dropbox.com/scl/fi/8ke7l4h4imbni6en3yhep/Contents-of-box.jpg?rlkey=fvbxp8a8d2x3lpe2tkf2oanw0&st=9h0q9cqv&dl=0

https://www.dropbox.com/scl/fi/irz0zzqt5u0jsz9p3yzbh/Contents-of-box-after-removing-illegal-30-round-clips.jpg?rlkey=qbsejns9ftjbu8hlj76zy4cwt&st=61liitjk&dl=0

https://www.dropbox.com/scl/fi/6fmto9icqekzrrw53dt8k/Two-AR-extended-clips-loaded-with-AP-rounds.jpg?rlkey=h925n6yp0ag57ulglj8sfhru8&st=tk92j877&dl=0

https://www.dropbox.com/scl/fi/c4m45t99ndlq66jvneyqx/Two-AR-extended-clips-loaded-with-5.56x45-mm-NATO-62-gr-FMJ-ARMOR-PIERCING-ILLEGAL-AF.jpg?rlkey=pmxpjwx3pid60tizljy7qdzbi&st=ou6v4saw&dl=0

https://www.dropbox.com/scl/fi/pu3i8eni7pztrlatp9ylb/M1-clip-extended-unloaded-illegal.jpg?rlkey=yfyozqvrypemq905cki27j7c5&st=gaisgek4&dl=0

https://www.dropbox.com/scl/fi/nsragka56hqmfq37cj707/M1-extended-clip-showing-it-wasn-t-loaded-still-illegal.jpg?rlkey=me01okom0pzdok536pum246pc&st=bpoweexi&dl=0

First Letter + Proof of Crimes Sent to AG office

https://www.dropbox.com/scl/fi/vyadbn3fmezn0n1sh1hjv/2-extended-loaded-illegal-clips-in-weatherproof-belt-case.jpg?rlkey=20gjljsqxailb67us975tkr3b&st=8rjqxfab&dl=0

https://www.dropbox.com/scl/fi/zdzna7zngrjijzelgda9g/2-extended-clips-loaded-with-7.62x51mm-149gr-FMJ-ILLEGAL.jpg?rlkey=i9xxaf1zoa1x5ihxpwgzqnhfe&st=77fw53mc&dl=0

Filled with rage at this point, at the fact he has all of this, and the fact we would of been dead if anything would of went off-the house would of been blown up to the next county over. So after finding this, I start flipping open ammo crates in the same closet and find allllllll of this. And once again, you should be reminded I emailed the sherif and states attorney that day when finding all of this and to this day I'm still ignored.

https://www.dropbox.com/scl/fi/fpic6xxe4qyo49vppxjak/3-cases-of-illegal-ARMOR-PIERCING-5.56x45.jpg?rlkey=m3z1ck43jo0dworhz5jtcv3ne&st=oct9lpth&dl=0

https://www.dropbox.com/scl/fi/ti7qpreye14bq90xls59y/3-cases-of-illegal-5.56x45-armor-piercing-rounds.jpg?rlkey=tg6pl6tzzkp9zz87wz6q3vr6f&st=g91sas2l&dl=0

https://www.dropbox.com/scl/fi/sndrqlvl7xrazzncwpimu/47-cases-of-20-count-7.62x39mm-122-gr.-FMJ-ILLEGAL.jpg?rlkey=g0ozbgon50y8a8auff3hxlf61&st=fzrw1deo&dl=0

https://www.dropbox.com/scl/fi/rpiffxxf2o7jiddjtbts/Close-up-of-Wolf-brand-7.62x39-122-gr.-FMJ.jpg?rlkey=l4q8as1s29tb4n5n6f4m32urg&st=j6cgdy8t&dl=0

https://www.dropbox.com/scl/fi/f9ighopifzei5wvf2n33v/close-up-of-17-HMR-TNT-explosive-rounds.jpg?rlkey=l6yutsq009ev6m29al4rp3tt0&st=7fg8um9g&dl=0

https://www.dropbox.com/scl/fi/0ar2a4ptpdccdt51xyyjz/Over-500-rounds-of-illegal-explosive-rounds-of-17-HMR-TNT.jpg?rlkey=o3ysomgylg1uqbve2ncbp02ht&st=pl5jm0sy&dl=0

https://www.dropbox.com/scl/fi/25af9am67v6chw6z69uc7/How-the-5.56mm-BALL-M855-is-3-sets-of-10-per-box-and-used-ammo-strips-from-john.jpg?rlkey=sbg7uiz3f4qq1iba2uklncvyk&st=gkdv14ey&dl=0

First Letter & proof of crimes Sent to AG Office

https://www.dropbox.com/scl/fi/9psqf8it6v4ufeyo11d9j/Hundreds-of-illegal-armor-piercing-rounds-of-5.56mm-BALL-M855.jpg?rlkey=r12dx9rz994jzn0oe4kpfvzgn&st=7oa5pujl&dl=0

https://www.dropbox.com/scl/fi/agolg3lh0lqmipqogojys/JESUS.-FUCKING.-CHRIST.jpg?rlkey=5xm8ah4dmu7kzu4ti2ezdom8v&st=takazeef&dl=0

https://www.dropbox.com/scl/fi/0aa9ymykfm5ykaxp44h8w/don-t-know-the-legality-of-these-due-to-him-having-extended-clips-for-this-ammo.jpg?rlkey=3q17howib2mhoaez6ckqfeepc&st=k61761qg&dl=0

And lastly, for now... here are some more illegal items found in the house that are John's. The 2, 25.22 double flip mags are loaded with 22HP and were found in the back of the main gun vault. The illegal AK aftermarket parts were found in a dresser in his bedroom, along with all the tools he used when cleaning or working on guns. Those parts consist of, a pistol grip, a telescoping stock like the one previously turned in... a laser sight and a hand grip with a built in flashlight.

https://www.dropbox.com/scl/fi/2mn393tkzn3w6dofsnq2a/2-25.22-conjoined-FLIP-MAGS-loaded-with-22HP-ILLEGAL-AF.jpg?rlkey=7izwinldkodn6mux6ef66q1bs&st=gfhpg0px&dl=0

https://www.dropbox.com/scl/fi/0ln40uy6dft73cuq8b228/2-25.22-conjoined-flip-mags-loaded-with-22HP.jpg?rlkey=4k0uwl7332v9prs4kz3ds054d&st=gvoftu36&dl=0

https://www.dropbox.com/scl/fi/3w0rd6ozpxaxnn3edgwjq/another-illegal-grip-for-an-AR-the-one-turned-in-had-this-and-many-other-illegal-attachments-as-well.jpg?rlkey=vzi14dcrsaob3it2mb1hrk4lx&st=qm4hko5y&dl=0

https://www.dropbox.com/scl/fi/pant6pjgeclixhi9cmrqs/AR-ILLEGAL-ATTACHMENTS-another-teliscope-stock-hold-bar-with-flashlight-built-in-and-a-laser-sight.jpg?rlkey=8o7ot5e86bkpotbglsx9tdd71&st=sd4xn0dl&dl=0

I'm sure I'm forgetting something, but I know this is a lot to take in and process... If I find more emails or illegal items I will update as needed. Also, I can provide my passwords to all of my accounts to the attorney generals office so they can also look at all the emails I have sent and been ignored when just asking the standard when it comes to the laws of the State of IL.

First Letter & proof of crimes sent to AG office